# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1847

_____

| | |
|---|---|
| VICTOR L. ODOM, | * |
| | * |
| Plaintiff - Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| ST. LOUIS COMMUNITY | * Eastern District of Missouri. |
| COLLEGE ; JUNIOR | * [UNPUBLISHED] |
| COLLEGE DISTRICT OF ST. | * |
| LOUIS, MISSOURI, of St. Louis | * |
| County, MO., d/b/a St. Louis | * |
| Community College at | * |
| FLORISSANT | * |
| VALLEY | * |
| | * |
| Defendants - Appellees. | * |

_____

Submitted:  December 14, 1999
Filed:  January 12, 2000

_____

Before RICHARD S. ARNOLD and HANSEN, Circuit Judges, and
MELLOY,[1] District Judge.

_____

_____

[1]The Honorable Michael J. Melloy, United States District Judge for the
Northern District of Iowa, sitting by designation.

PER CURIAM.

Victor L. Odom commenced this action under Title VII and the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010 et seq., ("MHRA") against his former employer, Defendant St. Louis Community College, the Junior College District of St. Louis County, Missouri ("the Community College"). Odom alleges that he was subject to a hostile work environment and that the Community College retaliated against him because he complained of several incidents of sexual harassment.

The district court[2] granted summary judgment in favor of the Community College on the hostile work environment claims under Title VII and the MHRA, and also the retaliation claim under Title VII. The district court denied summary judgment on the retaliation claim under the MHRA because "the MHRA defines retaliatory action much more broadly than Title VII." Nonetheless, the district court declined to exercise supplemental jurisdiction on the remaining retaliation claim, and dismissed the case without prejudice. The district court's dismissal effectively enables Odom to file the action in the state courts.

After a careful review of the record and the parties' briefs, we conclude that the judgment of the district court is correct for the reasons set forth in its order. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. 47B.

---

[2]The Honorable Stephen N. Limbaugh, Senior United States District Court Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.